**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ABE L. CHAVEZ**                                                                 **PLAINTIFF**

      **v.**           **Civil No. 04-5216**

**ARVEST BANK GROUP, INC.**                                                       **DEFENDANT**

**O R D E R**

Now on this 29th day of August, 2005, comes on for consideration plaintiff's **Motion to Compel Discovery and to Extend Discovery Deadline (doc. 21)** and from the motion, defendant's response thereto, and all other matters of relevance before it, the Court, being well and sufficiently advised, finds and orders as follows:

1. The plaintiff served Interrogatories and Requests for Production of Documents, Set I, upon defendant on May 19, 2005. The defendant responded to plaintiff's discovery on June 28, 2005, and supplemented its answers to plaintiff's discovery on July 29, 2005.

The plaintiff now seeks an order of this Court compelling the defendant to respond more fully to Interrogatories 7, 9, 11, 12, and 13 and Requests for Production of Documents 5 and 7. Additionally, the plaintiff seeks a ten (10) day extension of the discovery deadline from the date defendant is ordered to fully respond to its discovery so that plaintiff will have the opportunity to depose witnesses, if necessary, about the discovery

responses.

The defendant opposes the plaintiff's motion to compel, and argues that, beyond the extent previously answered by the defendant, the information sought by the interrogatories and requests for production at issue is not relevant and is overbroad, burdensome and violative of the privacy rights of persons who are not parties to this lawsuit.

2. With respect to Interrogatories 7 and 9 and Requests for Production of Documents 5 and 7, the defendant *has* responded, limiting its response to defendant's Springdale locations. The Court finds that defendant's response is sufficient and that to require a more expansive response would be overly broad.

3. With respect to Interrogatories 11, 12, and 13, the Court finds that the plaintiff is entitled to discover the information requested, as limited by the interrogatories to the defendant's Springdale locations, and the defendant should be, and hereby is, ordered to produce such information within ten (10) days of the date of this order.

4. Finally, the Court finds that **both** the **discovery** and **dispositive motion** deadlines should be, and hereby are, extended to and until September 19, 2005.

**IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**